1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JILL H. TALLEY, State Bar No. 178207
   Supervising Deputy Attorney General
3  AMY LINDSEY-DOYLE, State Bar No. 242205
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 322-0260
6   Fax: (916) 324-5567
    E-mail: Amy.LindseyDoyle@doj.ca.gov
7  *Attorneys for Defendant*
   *Department of Developmental Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MARK LAWLEY,** | 1:12-cv-01617-LJO-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| **CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES and DOES 1-100, inclusive,** | |
| Defendant. | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

The parties anticipate that this process will be completed by September 30, 2013, subject to the assigned Neutral's availability. Pursuant to Local Rule 271, the parties agree to abide by the time limits established therein.

//

//

//

1

1  DATED: _____        /s/ Robert Wasserman
2                                       Robert Wasserman
                                        Attorney for Plaintiff  Mark Lawley
3

4  DATED: _____        /s/ Amy B. Lindsey-Doyle
5                                       Amy B. Lindsey-Doyle
                                        Attorney for Defendant
6                                       Department of Developmental Services

7

8                                    **ORDER**

9       Pursuant to the Stipulation of the parties and Local Rule 271, this matter is referred to the

10  Court's Voluntary Dispute Resolution Program. The parties shall notify the Court within thirty

11  days of completing the Voluntary Dispute Resolution Program.
    IT IS SO ORDERED.
12

13      Dated:   **July 31, 2013**             /s/ Barbara A. McAuliffe
14                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE
RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 (1:12-cv-01617-LJO-BAM)